# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 18, 2009

140106

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

In re LEAH MARIE KRESUK and
RACHEL ANNE KRESUCK, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

SC: 140106
COA: 292504
Oakland Cir Ct Fam Div: 09-756736-NA

LEO KRESUK, JR.,
      Respondent-Appellant.

_____/

     On order of the Court, the application for leave to appeal the November 10, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 18, 2009

_____
Clerk

p1215